McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**

JUL 1 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MAASEN,<br><br>Defendant. | CASE NO. 2:19-CR-0119 JAM<br><br>18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture |

INDICTMENT

The Grand Jury charges: T H A T

JOHN MAASEN,

defendant herein, between on or about March 26, 2013, and continuing through on or about January 15, 2019, in the County of Yuba, State and Eastern District of California, did knowingly receive at least one visual depiction using a means and facility of interstate and foreign commerce, and which had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so transported, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(2).

///

INDICTMENT

1

PRIOR CONVICTION ALLEGATION:

The Grand Jury further alleges that at the time JOHN MAASEN committed the offense charged in this Indictment, he had been convicted under the laws of the State of California for committing lewd and lascivious acts with a child under the age of fourteen, in violation of California Penal Code section 288.

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant JOHN MAASEN shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contained visual depictions produced, transported, mailed, or shipped or received in violation thereof; any property, real or personal, constituting traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property traceable to such property, including but not limited to:

    a) Lenovo desktop computer, serial number ES07141124.

2. If any property subject to forfeiture as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty;

///
///
///
///
///
///

It is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

INDICTMENT

3

No. 2:19-CR-0119 JAM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

JOHN MAASEN         **NO BAIL WARRANT PENDING HEARING**

## INDICTMENT

**VIOLATION(S):**   18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**
_____
*Foreman.*

Filed in open court this ____18th____ day

of ____July____ A.D. 20__19__

_____
*Clerk.*

Bail, $ _____

GPO 863 525   **NO BAIL WARRANT PENDING HEARING**

**United States v. John Maasen**
**Penalties for Indictment**

**Defendant**
**John Maasen**

**COUNT 1:**

VIOLATION:      18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography

PENALTIES:      Mandatory minimum of 15 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION:      18 U.S.C. § 2253 – Criminal Forfeiture

PENALTIES:      As stated in the charging document

2:19 - CR - 0119 JAM