HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN MAASEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MAASEN,<br><br>    Defendant. | Case No. 2:19-cr-119-JAM<br><br>DEFENDANT'S FORMAL OBJECTION TO PRESENTENCE INVESTIGATION REPORT<br><br>Dates: September 29, 2020<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

Mr. John Maasen, by and through undersigned counsel, respectfully objects to the Presentence Investigation Report (PSR) filed on September 8, 2020 (Dkt. 35) as follows:

At pages 3 and 17 (paragraph 68) the PSR recommends restitution in the amount of $139,276.40. Mr. Maasen submits that there is not sufficient information at this time for the Court to fashion a restitution order. Undersigned counsel has conferred with government counsel and understands that at the time of sentencing, the parties will request that this Court set a restitution hearing within 90 days as authorized by 18 U.S.C §3664(d)(5).

At the sentencing hearing, Mr. Maasen will request that he be sentenced, that the matter of restitution be continued, and that he be allowed to waive his appearance at the restitution hearing.

//

//

//

Formal Objections to PSR                                     -1-

1 | DATED: September 11, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorney for JOHN MAASEN

Formal Objections to PSR -2-